**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-670-REB-MJW

AMERICAN CONTRACTORS INDEMNITY COMPANY,

    Plaintiff,

v.

NUTT'N BUT TRUCK'N, INC.,
BEACON ENTERPRISES,
PAUL RAY TRUCKING,
JAMES TYLER TRUCKING,
JJ'S ASSOCIATES, INC.,
LION TRANSPORT,
QUAIL HILL TRUCKING,
AJT, INC.,
SUMMIT TRUCKING,
DALLAS & MAVIS,
RICH-CO TRANSPORTATION,
CHEETAH TRANSPORTATION,
NEWMAN TRUCKING,
MARTIN HOSKEY, LC,
QUANTUM QUICK DELIVERY,
CRYSTAL LION EXPRESS,
U.S. NATIONAL, INC.,
LEISCO CARTAGE SERVICE,
SMITH MOTOR FREIGHT,
3-WAY TRANSPORTATION, INC.,
SPECIALTY TRUCKING, INC.
ECONOMY TRANSPORT OF FLORIDA,
LINKAY TRANSPORT,
C&S TRUCKING,
CIRCLE III SERVICE TRANSPORT FACTORING,
ALABAMA CARRIERS,
MANNING SERVICES,
PHILLIPS GARAGE, INC.,
HAWK TRUCK LEASING,
CIRCLE M, INC.,
TRUCKERS EXPRESS, INC.,
TRIPLE 'O' TRUCKING,
GULF STREAM EXPRESS, INC., and

DOES 1 THROUGH 20, INCLUSIVE,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On September 22, 2005, the plaintiff filed a **Notice of Dismissal Pursuant to Rule 41(a)** [#66].  After careful review of the notice and the file, the court has concluded that the notice should be approved and that defendant Economy Transport of Florida should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal Pursuant to Rule 41(a)** [#66], filed on September 22, 2005, is **APPROVED**;

2. That defendant Economy Transport of Florida is **DISMISSED**; and

3. That defendant Economy Transport of Florida is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated September 27, 2005, at Denver, Colorado.

                                BY THE COURT:

                                s/ Robert E. Blackburn
                                Robert E. Blackburn
                                United States District Judge