# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No.  05-cv-670-REB-MJW

AMERICAN CONTRACTORS INDEMNITY COMPANY,

    Plaintiff,

v.

NUTT'N BUT TRUCK'N, INC.,
BEACON ENTERPRISES,
PAUL RAY TRUCKING,
JAMES TYLER TRUCKING,
JJ'S ASSOCIATES, INC.,
LION TRANSPORT,
QUAIL HILL TRUCKING,
AJT, INC.,
SUMMIT TRUCKING,
DALLAS & MAVIS,
RICH-CO TRANSPORTATION,
CHEETAH TRANSPORTATION,
NEWMAN TRUCKING,
MARTIN HOSKEY, LC,
QUANTUM QUICK DELIVERY,
CRYSTAL LION EXPRESS,
U.S. NATIONAL, INC.,
LEISCO CARTAGE SERVICE,
SMITH MOTOR FREIGHT,
3-WAY TRANSPORTATION, INC.,
SPECIALTY TRUCKING, INC.
LINKAY TRANSPORT,
C&S TRUCKING,
CIRCLE III SERVICE TRANSPORT FACTORING,
ALABAMA CARRIERS,
MANNING SERVICES,
PHILLIPS GARAGE, INC.,
HAWK TRUCK LEASING,
CIRCLE M, INC.,
TRUCKERS EXPRESS, INC.,
TRIPLE 'O' TRUCKING,
GULF STREAM EXPRESS, INC., and
DOES 1 THROUGH 20, INCLUSIVE,

Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On October 7, 2005, the plaintiff filed a **Notice of Dismissal Pursuant to Rule 41(a)** [#73]. After careful review of the notice and the file, the court has concluded that the notice should be approved and that defendants, Quantum Quick Delivery, C&S Trucking, Circle III Services, Transport Factoring, Smith Motor Freight, Leisco Cartage Service, Crystal Lion Express, Lion Transport, and AJT, Inc., should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal Pursuant to Rule 41(a)** [#73], filed September 22, 2005, is **APPROVED**;

2. That defendants, Quantum Quick Delivery, C&S Trucking, Circle III Services, Transport Factoring, Smith Motor Freight, Leisco Cartage Service, Crystal Lion Express, Lion Transport, and AJT, Inc., are **DISMISSED**; and

3. That defendants Quantum Quick Delivery, C&S Trucking, Circle III Services, Transport Factoring, Smith Motor Freight, Leisco Cartage Service, Crystal Lion Express, Lion Transport, and AJT, Inc., are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated October 11, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn  
Robert E. Blackburn  
United States District Judge