# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 05-cv-670-REB-MJW

AMERICAN CONTRACTORS INDEMNITY COMPANY,

    Plaintiff,

v.

NUTT'N BUT TRUCK'N, INC., et al.,

    Defendants.

## MINUTE ORDER[1]

The matter before the court is Plaintiff's Status Report [#90], filed January 30, 2006, and Motion to Amend Order of Court [#92], filed February 10, 2006. Having reviewed both pleadings it has come to the court's attention that counsel has not complied with this court's local rule D.C.COLO.L.Civ.R. 5.1.F.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's Status Report [#90], filed January 30, 2006, is STRICKEN; and

2. That the Motion to Amend Order of Court [#92], filed February 10, 2006, is DENIED without prejudice.

Dated: March 10, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.