**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:05-cv-00670-REB-MJW

AMERICAN CONTRACTORS INDEMNITY COMPANY,
Plaintiff,

v.

NUTT'N BUT TRUCK'N, INC.
BEACON ENTERPRISES;
PAUL RAY TRUCKING;
JAMES TYLER TRUCKING;
JJ'S ASSOCIATES, INC.;
JLT TRANSPORT, INC.;
ACME TRUCK LINE;
LION TRANSPORT;
QUAIL HILL TRUCKING;
AJT, INC.;
SUMMIT TRUCKING;
DALLAS & MAVIS;
RICHCO TRANSPORTATION;
CHEETAH TRANSPORTATION;
NEWMAN TRUCKING;
MARTIN HOSKEY, LC;
QUANTUM QUICK DELIVERY;
HEARTLAND TRANSPORT;
CRYSTAL LION EXPRESS;
U.S. NATIONAL, INC.;
TRAILS END TRANSPORT;
LEISCO CARTAGE SERVICE;
SMITH MOTOR FREIGHT;
3WAY TRANSPORTATION, INC.;
SPECIALTY TRUCKING, INC.;
ECONOMY TRANSPORT OF FLORIDA;
LINKAY TRANSPORT;
C&S TRUCKING;
CIRCLE III SERVICES
TRANSPORT FACTORING;
ALABAMA CARRIERS;
MANNING SERVICES;
UNIVERSAL AMCAM LTD.;
PHILLIPS GARAGE, INC.;
MASON DIXON;
HAWK TRUCK LEASING;

CIRCLE M, INC.;
TRUCKERS EXPRESS, INC.;
CST FINANCIAL SERVICES, LLC;
TRIPLE 'O' TRUCKING;
GULF STREAM EXPRESS, INC.;
AND DOES 1 THROUGH 20, INCLUSIVE,

Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

This matter is before me on the plaintiff's **Amended Final Status Report** [#95], filed March 13, 2006. The plaintiff indicates in the status report that settlement checks have been mailed to each of the defendants, and provides documentation of such payments. None of the defendants has filed a response or objection to the Amended Final Status Report.

The parties' stipulated settlement provides that on payment of the sums specified in the stipulation, "ACIC's bond shall be discharged, and ACIC shall be exonerated from any further liability under its 10,000.00 dollar ICC Broker's Surety Bond, numbered 171323, naming Freight Chasers, Inc. as principal." *Stipulation for Order of Distribution, Discharge and Exoneration of the Bond* [#88], filed December 15, 2005. ACIC expressly reserves its rights against Freight Chasers, Inc., and its principals pursuant to its indemnity agreement. The record indicates that the sums specified in the stipulation have been paid to the defendants.

**THEREFORE, IT IS ORDERED** as follows:

1) That plaintiff ACIC is **EXONERATED** from any further liability under its 10,000.00 dollar ICC Broker's Surety Bond, numbered 171323, naming Freight Chasers, Inc., as principal;

2

2) That plaintiff ACIC's 10,000.00 dollar ICC Broker's Surety Bond, numbered 171323, naming Freight Chasers, Inc., as principal, is **DISCHARGED**; and

3) That this case is **DISMISSED**, with each party to bear its own costs.

Dated April 14, 2006, at Denver, Colorado.

                                            **BY THE COURT:**

                                            s/ Robert E. Blackburn
                                            **Robert E. Blackburn**
                                            **United States District Judge**